## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Douglas C. Dyer Jr aka Douglas C. Dyer
Dana L. Dyer aka Dana L. Dodd
Debtor(s)

BK NO. 26-01494 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
08 Jun 2026, 12:03:35, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: d83ef19734c4d91883d214f551bbf845b683d7a44ae3097821578eeb022be320