Certificate Number: 12433-PAM-DE-041140425

Bankruptcy Case Number: 26-01494



12433-PAM-DE-041140425

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 26, 2026</u>, at <u>3:19</u> o'clock <u>PM EDT</u>, <u>Douglas Christopher Dyer, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>June 26, 2026</u>          By:      <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:   <u>Teacher</u>