Certificate Number: 12433-PAM-DE-041140422

Bankruptcy Case Number: 26-01494



12433-PAM-DE-041140422

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2026, at 3:19 o'clock PM EDT, Dana Lynn Dyer completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 26, 2026                By:    /s/Lisa Susoev

                                   Name:  Lisa Susoev

                                   Title: Teacher