UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | CHAPTER 13 |
| DOUGLAS C. DYER, JR. | |
| DANA L. DYER | CASE NO. 1:26-BK-01494-HWV |
| Debtors | |
| | |
| JACK N. ZAHAROPOULOS | |
| STANDING CHAPTER 13 TRUSTEE | |
| Movant | |
| | |
| vs. | |
| | |
| DOUGLAS C. DYER, JR. | |
| DANA L. DYER | |
| Respondents | |

## <u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1.   Schedule B lacks description.  Fulton Bank filed Claim #6 for a 2018 Jaguar F Pace that is not listed in the schedules or plan.

2.   Failure to properly state the liquidation value in Section 1B of the Plan.  The Trustee requests verification of the amounts of secured debt listed on Schedule D.  Also, the principal balance of those amounts should match the amounts referenced in the plan.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a.   Deny confirmation of Debtors' plan.
b.   Dismiss or convert Debtors' case.
c.   Provide such other relief as is equitable and just.

Dated: July 16, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
(717) 566-6097

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

LEAH M. STUMP, ESQUIRE
HAROLD SHEPLEY AND ASSOCIATES
3115 NORTH FRONT STREET
HARRISBURG, PA 17110-1310

Dated: July 16, 2026

/s/ Jack Zaharopoulos

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee