United States Bankruptcy Court

Middle District of Pennsylvania

In re: | Case No. 26-01494-HWV

Douglas C. Dyer, Jr. | Chapter 13

Dana L. Dyer

Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | Page 1 of 3

Date Rcvd: Jul 16, 2026 | Form ID: ntcnfhrg | Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Douglas C. Dyer, Jr., 5 Delaware Drive, York Haven, PA 17370-9405 |
| jdb | + | Dana L. Dyer, 5 Delaware Drive, York Haven, PA 17370-9405 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110-1310 |
| 5806496 | + | HSBC-Premeir Finance Card, Bankruptcy Department, P.O. Box 5226, Carol Stream, IL 60197-5226 |
| 5806504 | | Pennsylvania Depaartment of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5806510 | + | Waste Connections, Attn: bankruptcy, 310 E Street, Hampton, VA 23661-1210 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5806488 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2026 18:55:00 | Ally Bank, P.O Box 380902, Minneapolis, MN 55438-0902 |
| 5807171 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 16 2026 18:57:58 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5808229 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 16 2026 18:57:53 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5806491 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2026 18:55:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Drive, Riverside, RI 02915 |
| 5808450 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2026 18:55:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5806489 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2026 18:55:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane Ste 220, Greenwich, CT 06831-2563 |
| 5806490 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 18:57:49 | Citibank, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 5806492 | + | Email/Text: Bk@c2cfsi.com | Jul 16 2026 18:55:00 | Coast to Coast Financial, Attn: Bankruptcy, 101 Hodencamp Road, Ste 120, Thousand Oaks, CA 91360-5831 |
| 5806493 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 18:55:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5806494 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 16 2026 18:55:00 | First Energy - Med-Ed, Attn: Bankruptcy, 76 South Main Street, Akron, OH 44308-1812 |
| 5806495 | + | Email/Text: bankruptcy@fultonbank.com | Jul 16 2026 18:55:00 | Fulton Bank, Attn: Bankruptcy, One Penn Square, Lancaster, PA 17602-2853 |
| 5808981 | + | Email/Text: bankruptcy@fultonbank.com | Jul 16 2026 18:55:00 | Fulton Bank, NA, Special Assets Attn:, Tekelya |

Case 1:26-bk-01494-HWV    Doc 23    Filed 07/18/26    Entered 07/19/26 00:27:18    Desc
Imaged Certificate of Notice    Page 1 of 4

|  |  |  | Benefield, 1695 State St., East Petersburg, PA 17520-1319 |
|---|---|---|---|
| 5806497 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  | | Jul 16 2026 18:55:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114-0436 |
| 5816830 |  | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  | | Jul 16 2026 18:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5806498 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  | | Jul 16 2026 18:57:53 | LVNV Funding, Attn: Bankruptcy, P.O Box 10497, Greenville, SC 29603-0497 |
| 5808725 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  | | Jul 16 2026 18:57:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5806500 |  | Email/Text: camanagement@mtb.com | |
|  | | Jul 16 2026 18:55:00 | M&T Bank, Attn: Bankruptcy, P.O Box 844, Buffalo, NY 14240 |
| 5816215 | + | Email/Text: camanagement@mtb.com | |
|  | | Jul 16 2026 18:55:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5806499 | + | Email/Text: camanagement@mtb.com | |
|  | | Jul 16 2026 18:55:00 | M&T Bank, P.O Box 619063, Dallas, TX 75261-9063 |
| 5806501 | + | Email/Text: Unger@Members1st.org | |
|  | | Jul 16 2026 18:55:00 | Members 1st FCU, Attn: Bankruptcy, P.O Box 8893, Camp Hill, PA 17001-8893 |
| 5815574 | + | Email/Text: BankruptcyEast@firstenergycorp.com | |
|  | | Jul 16 2026 18:55:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5806502 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  | | Jul 16 2026 18:55:00 | Midland Credit Management, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 5806503 | + | Email/Text: Bankruptcies@nragroup.com | |
|  | | Jul 16 2026 18:55:00 | National Recovery Agency, Attn: Bankrkuptcy, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5813724 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | | Jul 16 2026 18:57:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5806505 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | | Jul 16 2026 18:57:48 | Portfolio Recovery Associates, LLC, ATTN: Bankruptcy Department, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5808961 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
|  | | Jul 16 2026 18:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5811911 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  | | Jul 16 2026 18:55:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5806507 |  | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | | Jul 16 2026 18:57:53 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5808213 |  | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | |
|  | | Jul 16 2026 18:57:53 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5806508 | + | Email/Text: bankruptcies@uplift.com | |
|  | | Jul 16 2026 18:55:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery Street Suite 2300, San Francisco, CA 94111-3366 |
| 5806509 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
|  | | Jul 16 2026 18:55:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Drive Suite 500, Weldon Spring, MO 63304-2225 |
| 5806506 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  | | Jul 16 2026 18:57:58 | syncb/value city furniture, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**  **Bypass Reason**  **Name and Address**
cr  *+  Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name**  **Email Address**

Andrew M. Lubin
on behalf of Creditor Fulton Bank  NA nj-ecfmail@mwc-law.com

Jack N Zaharopoulos
ecf@pamd13trustee.com

Leah M Stump
on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com

Leah M Stump
on behalf of Debtor 2 Dana L. Dyer lstump@shepleylaw.com

Leah M Stump
on behalf of Debtor 1 Douglas C. Dyer  Jr. lstump@shepleylaw.com

Matthew K. Fissel
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Douglas C. Dyer Jr.,
aka Douglas C. Dyer,

**Debtor 1**

Chapter 13

Case No. 1:26−bk−01494−HWV

Dana L. Dyer,
aka Dana L. Dodd,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 19, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 26, 2026 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 16, 2026 |

ntcnfhrg (08/21)