## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 1:26-bk-01494-HWV |
| DOUGLAS C. DYER JR. | : | |
| aka DOUGLAS C. DYER | : | |
| and | : | |
| DANA L. DYER | : | |
| aka DANA L. DOD | : | |
| Debtor 1 | : | |
| | : | Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, Order Confirming Amended Plan, on the parties listed below by either electronic notification or first-class mail postage prepaid:

Date: October 8, 2026

/s/ Leah M. Stump-Lesley, Esq.
Leah M. Stump-Lesley, Esq.
PA Bar ID No. 93211
Harold Shepley & Associates, LLC
3115 N. Front Street
Harrisburg, PA 17110
Phone: (717) 692-5533

[PARTIES SERVED]
Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee (electronic)
Sylvia H. Rambo Unites States Courthouse
1501 N. 6th Street, Box 302
Harrisburg, PA 17102

DOUGLAS C. DYER, JR.
DANA L. DYER
5 DELAWARE DRIVE
YORK HAVEN, PA 17370

LEAH M. STUMP-LESLEY, ESQ.
HAROLD SHEPLEY & ASSOCIATES, LL(
209 WEST PATRIOT STREET
SOMERSET, PA 15501

AIS PORTFOLIO SERVICES, LLC
ATTN: VERIZON
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

ATTN: ALLY BANK DEPARTMENT
AIS PORTFOLIO SERVICES, LP
4515 N SANTA FE AVE., DEPT APS
OKLAHOMA CITY, OK 73118

CAVALRY PORTFOLIO SERVICES
ATTN: BANKRUPTCY
PO BOX 4252
GREENWICH, CT 06831

CITIBANK
CENTRALIZED BANKRUPTCY
P.O. BOX 790040
SAINT LOUIS, MO 63179

CITIZENS BANK
ATTN: BANKRUPTCY
ONE CITIZENS BANK WAY
JOHNSTON, RI 02919

COAST TO COAST FINANCIAL
ATTN: BANKRUPTCY
101 HODENCAMP ROAD, STE 120
THOUSAND OAKS, CA 91360

COMENITY BANK
BANKRUPTCY DEPARTMENT
P.O. BOX 182125
COLUMBUS, OH 43218-2125

FULTON BANK
ATTN: TEKELYA BENEFIELD
1695 STATE STREET
EAST PETERSBURG, PA 17520

HSBC-PREMEIR FINANCE CARD
BANKRUPTCY DEPARTMENT
P.O. BOX 5226
CAROL STREAM, IL 60197

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 16336
PHILADELPHIA, PA 19114-0436

JEFFERSON CAPITAL SYSTEM
P.O. BOX 7999
SAINT CLOUD, MN 56302

KML LAW GROUP
SUITE 5000 - BNY INDEPENDENCE CENTE
701 MARKET STREET
PHILADELPHIA, PA 19106

LVNV FUNDING
ATTN: BANKRUPTCY
P.O BOX 10587
GREENVILLE, SC 29603

M&T BANK
P.O BOX 619063
DALLAS, TX 75261

M&T BANK
ATTN: BANKRUPTCY
P.O BOX 1508
BUFFALO, NY 14240

MEMBERS 1ST FCU
ATTN: BANKRUPTCY
P.O BOX 8893
CAMP HILL, PA 17001

MET-ED
101 CRAWFORD'S CORNER ROAD
BLDG #1, SUITE 1-511
HOLMDEL, NJ 07733

MIDLAND CREDIT MANAGEMENT
ATTN: BANKRUPTCY
P.O. BOX 939069
SAN DIEGO, CA 92193

NATIONAL RECOVERY AGENCY
ATTN: BANKRKUPTCY
2491 PAXTON STREET
HARRISBURG, PA 17111

PENNSYLVANIA DEPAARTMENT OF REV
DEPARTMENT 280946
HARRISBURG, PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES, LL
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 41067
NORFOLK, VA 23541

QUANTUM3 GROUP LLC
AS AGENT FOR CREDIT CORP SOLUTION
P.O. BOX 788
KIRKLAND, WA 98083-0788

RESURGENT CAPITAL SERVICES
P.O. BOX 10587
GREENVILLE, SC 29603

SYNCB/VALUE CITY FURNITURE
ATTN: BANKRUPTCY
P.O. BOX 965060
ORLANDO, FL 32896

FIRST ENERGY - MED-ED
ATTN: BANKRUPTCY
76 SOUTH MAIN STREET
AKRON, OH 44308

MARISA MYERS COHEN, ESQ.
1420 WALNUT STREET, SUITE 1105
PHILADELPHIA, PA 19102

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT.
P.O. BOX 965060
ORLANDO, FL 32896-5060

VERIZON WIRELESS
ATTN: BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DRIVE SUITE 500
WELDON SPRING, MO 63304

WASTE CONNECTIONS
ATTN: BANKRUPTCY
310 E STREET
HAMPTON, VA 23661